IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00454–REB–KMT

ANTHONY MENDOZA,

    Plaintiff,

v.

ATLAS CONCRETE, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Amend Complaint" (#20, file June 18, 2009) is GRANTED.  The Clerk of Court is directed to file the Amended Complaint, heretofore attached to the motion as Exhibit 1.

Dated: June 18, 2009