**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09–cv–00454–REB–KMT

ANTHONY MENDOZA,

      Plaintiff,

v.

ATLAS CONCRETE, INC., a Colorado corporation,
TAB CONSTRUCTION, INC., a Colorado corporation, and
DWAYNE HEIDELBURG, individually,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter before me is the plaintiff's **Unopposed Motion to Dismiss with Prejudice** [#46] filed October 6, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Unopposed Motion to Dismiss with Prejudice** [#46], filed October 6, 2009, is **GRANTED**;

2. That the Trial Preparation Conference set for March 5, 2010, is **VACATED**;

3. That the jury trial set to commence March 22, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 8, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge